MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff(s),　　　　　　　　　　　Case No. 13-20122

v.　　　　　　　　　　　　　　　　　　　Judge  Denise Page Hood

D-1, JAJUAN MARTINEZ LEWIS,　　　　　Magistrate Judge

          Defendant(s).
_____/

### NOTICE OF CORRECTION

Docket entry number __63__, filed __01/23/2015__, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Julie Owens__ at __(313) 234-5137__.

DAVID J. WEAVER, CLERK OF COURT

Dated: January 23, 2015　　　　　　　　　s/Julie Owens
　　　　　　　　　　　　　　　　　　　　Deputy Clerk